WALLACE SWART, Respondent, *v.* THE VILLAGE OF SARATOGA SPRINGS, Appellant.

*Swart* v. *Vil. of Saratoga Springs,* 25 App. Div. 622, affirmed.
(Argued October 12, 1900; decided November 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1897, affirming a judgment in favor of plaintiff entered upon a verdict.

*Joseph P. Brennan* for appellant.

*H. C. Todd* and *Edgar T. Brackett* for respondent.

VANN, J. This case presents no question but what was presented and decided in three appeals recently before this court. (*Moody* v. *Village of Saratoga Springs,* 17 App. Div.

207; 163 N. Y. 581; *Davis* v. *Village of Saratoga Springs,* 17 App. Div. 623; 163 N. Y. 581; *Lasher* v. *Village of Saratoga Springs,* 17 App. Div. 624; 163 N. Y. 582.) It belongs to the same series and rests on the same facts. The appellant did not try to distinguish this case from the others, but submitted it without argument, after stating that the questions were in all respects like those presented in the *Moody, Davis* and *Lasher* cases.

The judgment should be affirmed, with costs, on the authority of *Moody* v. *Village of Saratoga Springs* (163 N. Y. 581).

PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ., concur; LANDON, J., not sitting.

Judgment affirmed.